R. J. Herrick, appellee, v. Litchfield National Bank, appellant. Gen. No. 9,152.

Opinion filed January 24, 1939.
Harry C. Stuttle and Dennis J. Godfrey, for appellant. Jesse Peebles, E. R. Phelps and D. R. Kinder, for appellee.

Mr. Presiding Justice Riess delivered the opinion of the court.

Hollister-Whitney Company, appellee, v. American Mutual Liability Insurance Company, appellant. Gen. No. 9,144.

Opinion filed January 24, 1939.
Angerstein, Piggott & Angerstein and Penick & Penick, for appellant; Benjamin Brooks, of counsel. Lancaster & Nichols, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Raymond F. Sheets, Sr., administrator of the estate of Estella J. Sheets, deceased, appellant, v. Metropolitan Life Insurance Company, appellee. Gen. No. 9,147.

Opinion filed January 24, 1939.
O'Hara, O'Hara & Roeth and Homer H. Williams, for appellant. Miller, Elliott & Westervelt and J. W. Williams, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Raymond Stadler and First National Bank of Piper City, appellees, v. W. F. Holmes, appellant. Gen. No. 9,153.

Opinion filed January 24, 1939.
Hall, Mitchell & Petz, for appellant. M. H. Scott, for appellees.

Mr. Justice Fulton delivered the opinion of the court.